| | |
|---|---|
| THOMAS BARRON, | No. 2:19-cv-119-EFB |
| Plaintiff, | |
| v. | ORDER |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Plaintiff filed a complaint seeking judicial review of a final decision of the Commissioner of Social Security denying his application for disability insurance benefits. ECF No. 1. He has filed an application for leave to proceed *in forma pauperis*, but the form is unsigned and incomplete. *See* ECF No. 2. Rule 11 of the Federal Rules of Civil Procedure requires that "[e]very pleading, written motion, and other paper . . . be signed by at least one attorney of record in the attorney's name—or by a party personally if the party is unrepresented." Fed. R. Civ. P. 11(a). The court cannot rule on plaintiff's application for leave to proceed in forma pauperis because plaintiff has not signed it.

Accordingly, it is hereby ORDERED that:

1. Plaintiff's application for leave to proceed *in forma pauperis* (ECF No. 2) is denied without prejudice.

1

2. Within 14 days from the date of this order, plaintiff shall submit a signed and complete affidavit in support of his request for leave to proceed *in forma pauperis*. Failure to comply with this order may result in a recommendation that action being dismissed.

DATED: January 24, 2019.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE