MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
GINA TOMASELLI, CSBN 267090
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 268-5602
    Facsimile: (415) 744-0134
    E-Mail: Gina.Tomaselli@ssa.gov
    Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| THOMAS BARRON, | Case No. 2:19-CV-00119-EFB |
|     Plaintiff, | |
| v. | **STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME** |
| ANDREW SAUL, Commissioner of Social Security, | |
|     Defendant. | |

IT IS HEREBY STIPULATED, by and between Thomas Barron (Plaintiff) and Andrew Saul, Commissioner of Social Security (Defendant), by and through their respective counsel of record, that Defendant shall have a second extension of time of thirty-five (35) days to file his Opposition to Plaintiff's Opening Brief. The current due date is October 3, 2019. The new date will be November 7, 2019. Defendant requests this extension because the attorney responsible for briefing this case has had another flare-up of her illness and has ten merits briefs due this month, a number of which cannot be further extended. This request is made in good faith with no intention to unduly delay the proceedings. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

- 1 -

|   |   |   |   |
|---|---|---|---|
| Date: October 1, 2019 | By: | */s/ Dana W. Duncan, PHV*  * |   |
|   |   | DANA W. DUNCAN |   |
|   |   | Attorney for Plaintiff |   |
|   |   | (*As authorized by e-mail on October 1, 2019) |   |

Respectfully submitted,

Date: October 1, 2019        MCGREGOR W. SCOTT
                             United States Attorney

                              */s/ Gina Tomaselli*
                             GINA TOMASELLI
                             Special Assistant United States Attorney

                             Attorneys for Defendant

**ORDER**

GOOD CAUSE APPEARING, PURSUANT TO STIPULATION, IT IS SO ORDERED. DEFENDANT SHALL FILE HIS OPPOSITION TO PLAINTIFF'S ~~OPENING BRIEF~~ MOTION FOR SUMMARY JUDGMENT AND CROSS-MOTION FOR SUMMARY JUDGMENT ON OR BEFORE NOVEMBER 7, 2019.

DATED:  October 2, 2019.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE