# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

**THOMAS BARRON,**

                **Plaintiff,**

vs.                                                   **Case No.:  2:19-cv-119 EFB**

**ANDREW SAUL,**
**Commissioner of Social Security,**

                **Defendant.**

## ORDER FOR ATTORNEY'S FEES PURSUANT TO
## THE EQUAL ACCESS TO JUSTICE ACT 28 U.S.C. §2412(d)

Pursuant to the parties' stipulation, the Court awards Plaintiff attorney fees in the amount of $6,500.00 and costs in the amount of $0.00 in full satisfaction and settlement of any and all claims Plaintiff may have under the Equal Access to Justice Act (EAJA) in this case. The award of attorney fees will satisfy all of Plaintiff's claims for fees, costs, and expenses under 28 U.S.C. § 2412 in this case. Any fees paid belong to Plaintiff and not her attorney and can be offset to satisfy pre-existing debt that the litigant owes the United States under *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010). If counsel for the parties can verify that Plaintiff owes no pre-existing debt subject to offset, Defendant agrees to direct that the award be made payable to Plaintiff's attorney pursuant to the EAJA assignment duly signed by Plaintiff and counsel.

Dated this 25th day of January 2021.

_____
Edmund F. Brennan
United States Magistrate Judge